IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00311-MJW-KMT

PRINCIPAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

PATRICIA HOMS,
DIANN WALKINSHAW,

    Defendants.

---

## ORDER
### (DOCKET NUMBERS 29 and 30)

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

    Based upon docket no 40, this case is settled. Accordingly, it is hereby ORDERED that the parties shall file with the court their Joint Motion for Dismissal with Prejudice on or before March 6, 2009, or show cause why this case should not be dismissed. The two outstanding motions for summary judgment (docket nos. 29 and 30) are MOOT and therefore both motions are DENIED based upon the settlement of this case.

    Signed and dated this 26th day of February, 2009.

                                               BY THE COURT:

                                               s/Michael J. Watanabe
                                               MICHAEL J. WATANABE
                                               United States Magistrate Judge