IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00311-MJW-KMT

PRINCIPAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

PATRICIA HOMS and
DIANN WALKINSHAW,

    Defendants.

## ORDER OF DISMISSAL

**Entered by United States Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Stipulated Motion for Dismissal (Docket No. 45) is **granted**. It is thus further

    **ORDERED** that this case is **DISMISSED** with prejudice. Each party shall pay their own costs and attorney fees.

    Dated this 9th day of June, 2009.

                                     BY THE COURT:

                                     s/Michael J. Watanabe
                                     Michael J. Watanabe
                                     United States Magistrate Judge